UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOHAMMAD SHAFI HAMIDI                                      PETITIONER

VERSUS                              CIVIL ACTION NO. 5:26-CV-249-DCB-RPM

RAFAEL VERGARA                                            RESPONDENT

## <u>ORDER DIRECTING STATUS UPDATE</u>

This matter is before the Court *sua sponte*.  On March 30, 2026, Mohammad Shafi Hamidi filed a pro se [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner is a native and citizen of Afghanistan.  At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. He has been in ICE custody since December 2024.  In July 2025, an Immigration Judge ordered Petitioner removed but granted withholding of removal to Afghanistan.  Petitioner did not file an appeal from the Immigration Judge's order.  Accordingly, the order of removal became final on August 22, 2025.

Respondent filed an answer on May 5, 2026.  [5].  According to Respondent, the Government is in the process of seeking to remove Petitioner to a third country.  In a declaration dated May 4, 2026, Respondent recited its numerous communications with ERO and the State Department regarding Petitioner's third country removal status.  [5-4].  Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal to a third country.  This response should include a detailed description of efforts that have been made since May 4, 2026, to effectuate his removal.

2

IT IS THEREFORE ORDERED that, **on or before August 28, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 7th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2